LEON CANADY *v.* VICTOR LIBURDI, WARDEN
(11383)

DUPONT, C. J., O'CONNELL and SCHALLER, Js.

Argued April 26—decision released May 18, 1993

■■■■■■

*Temmy Ann Pieszak,* assistant public defender, for the appellant (petitioner).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Eva Lenczewski,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.